IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. BROWN, Jr.,

        Petitioner,                      No. CIV S-06-1086 FCD KJM P

   vs.

T. FELKER, Warden,

        Respondent.              <u>ORDER</u>

                                /

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On December 4, 2006, the court filed findings and recommendations recommending that the action be dismissed for petitioner's failure to exhaust state court remedies.

        On the same day, petitioner filed a motion for a stay and a motion to reconsider under Rule 60(b) of the Federal Rules of Civil Procedure. Although the latter is somewhat difficult to decipher, it appears that petitioner is really seeking to add an additional issue to his petition for a writ of habeas corpus. The request for a stay, although also unclear, appears to be support for his request to add additional claims to his petition.

        On December 28, 2006, petitioner filed objections to the findings and recommendations, asserting that he has exhausted his claims in the California Supreme Court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations of December 4, 2006 are hereby vacated;

2. Petitioner's request for a stay of the proceedings is denied without prejudice;

3. Petitioner's 60(b) motion is denied; and

4. The petition filed May 18, 2006 is dismissed and petitioner is given leave to file an amended petition containing all the claims he wishes this court to consider on federal habeas.  This amended petition should clearly identify whether the claims have been exhausted in the California Supreme Court.  Failure to comply with this order will result in a recommendation that the case be dismissed.

DATED: January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2

brow1086.vf&r