IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. BROWN, JR.,

        Petitioner,                No. CIV S-06-1086 FCD KJM P

  vs.

T. FELKER,

        Respondents.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and requests for a certificate of appealability (doc. 18) and for a stay of the proceedings (doc. 16).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        A certificate of appealability is a prerequisite to a petitioner's appeal of a judgment of this court to the Court of Appeals for the Ninth Circuit. <u>See</u> 28 U.S.C. § 2253. No judgment has been entered in this case, so no certificate of appealability is necessary.

        Petitioner's request for a stay was based on his reduced access to the law library and consequent problems preparing an amended petition. However, petitioner has filed an amended petition, so his request is moot.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

4. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 17) on Michael Patrick Farrell, Senior Assistant Attorney General.

5. The request for a certificate of appealability is denied.

6. The request for a stay is denied.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE