IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BROWN,

   Petitioner,     No. CIV S-06-1086 FCD  KJM P

 vs.

T. FELKER,

   Respondent.    <u>ORDER</u>

             /

   Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On January 29, 2007, petitioner filed a motion asking for a stay of the proceedings to allow him to exhaust some unidentified claims.   In light of the pending motion to dismiss, this motion will be denied without prejudice.

   On February 2, 2007, petitioner filed a request for a certificate of appealability. Judgment has not issued, however, so there is no basis for an appeal and therefore no need for a certificate of appealability.

/////

//////

////

/////

1

IT IS HEREBY ORDERED that:

1. Petitioner's January 29, 2007 request for a stay is denied without prejudice.

2. Petitioner's February 2, 2007 request for a certificate of appealability is denied.

DATED: May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2

brow1186.sty