IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BROWN,

    Petitioner,                   No. CIV S 06-1086 FCD KJM P

    vs.

T. FELKER,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 30, 2007, the magistrate judge filed an order denying petitioner's request for a stay to permit him to exhaust state remedies and denying petitioner's request for a certificate of probable cause.  Petitioner has filed objections to this order.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2   the magistrate judge filed May 30, 2007, is affirmed.
3   DATED: August 28, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE