IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. BROWN,

      Petitioner,                    No. CIV S-06-1086 FCD KJM P

    vs.

T. FELKER,

      Respondent.              ORDER

_____/

       On July 2, 2007, petitioner filed a request for an extension of time in which to file a response to the reply to petitioner's opposition to respondent's motion to dismiss.

       When a party has raised new arguments or presented new evidence in a reply to an opposition, the court may permit the other party to counter the new arguments or evidence. El Pollo Loco v. Hashim, 316 F.3d 1032, 1040-41 (9th Cir. 2003). In this case, respondent has raised nothing new, but has simply argued that petitioner's opposition does not defeat the motion to dismiss. Plaintiff is not entitled to file a further response.

       IT IS HEREBY ORDERED that petitioner's July 2, 2007 request for an extension of time is denied.

DATED: August 30, 2007.

brow1086.neot

_____
U.S. MAGISTRATE JUDGE

1