IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. BROWN,

      Petitioner,                      No. CIV S-06-1086 FCD KJM P

      vs.

T. FELKER,

      Respondent.               <u>ORDER</u>

                                /

          Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On January 9, 2008, the court recommended that the petition be dismissed because it was filed outside the statutory limitations period.

          On January 31, 2008, petitioner filed findings and objections. Although the document is sometimes hard to interpret, it appears petitioner is claiming, in part, that a correctional officer destroyed some of plaintiff's legal paperwork ("R. Pribble C/O of HDSP tampered with and biasly interfered with my on going legal procedures when he descrimentorly trashed petitioner's legal merits") on November 5, 2005. Objections at 13 & Ex. J (reproduced as in original). This claim is not submitted under penalty of perjury nor does the supporting exhibit appear to be complete.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed January 9, 2008 (doc. no. 36) are hereby vacated;

3  2.  Within thirty days of the date of this order petitioner may file supplemental briefing, a statement under penalty of perjury and appropriate exhibits completely describing what legal documents were taken, when they were returned and how this loss prevented him from timely filing any habeas action; and

4  3.  Respondent may file a response within thirty days of petitioner's supplemental filing.

DATED:  February 15, 2008.

_____
U.S. MAGISTRATE JUDGE

brow1086.vfr