IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. BROWN,

        Petitioner,                    No. CIV S-06-1086 FCD KJM P

    vs.

T. FELKER,

        Respondent.             ORDER

_____/

        Petitioner has requested an extension of time to file and serve an opposition to respondent's May 15, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motions for an extension of time (docket nos. 39 & 40) are granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a supplemental pleading in response to the court's order of February 15, 2008 (docket no. 38).

DATED: March 31, 2008.

U.S. MAGISTRATE JUDGE

2/mp
brow1086.111(2)